**FILED**

10/06/2021

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 21-0373

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 21-0373

IN RE PARENTING AND CUSTODY OF:
J.C.R.,

    A Minor Child.

STEPHEN RAMSBACHER,

    Petitioner and Appellee,

v.

NOLITA STEPHENS,

    Respondent and Appellant.

**FILED**

OCT 06 2021

Bowen Greenwood
Clerk of Supreme Court
State of Montana

O R D E R

Self-represented Appellant Nolita Stephens moves this Court to dismiss her appeal, indicating that she no longer wishes to pursue it. She states that she filed a complaint about the District Court Judge with this Court and that this Court dismissed her complaint. Nolita believes that she will not "have a fair shot [w]ith this case . . . ." Nolita provides that she contacted Appellee Stephen Ramsbacher, who represents himself, but she does not indicate whether there is an objection. We note that she did serve the motion upon Stephen.

Upon review of Nolita's motion to dismiss and good cause, therefore,

IT IS ORDERED that Nolita's Motion to Dismiss Appeal is GRANTED and that this appeal is DISMISSED with prejudice.

The Clerk of the Supreme Court is directed to provide a copy of this Order to all parties at their respective addresses on file.

DATED this 6 day of October, 2021.

For the Court,

By _____
Chief Justice